1  Spencer A. Schneider, Esq., SBN 175071
   BERMAN, BERMAN & BERMAN, LLP
2  11900 West Olympic Boulevard
   Sixth Floor
3  Los Angeles, California 90064-1151
   Telephone: (310) 447-9000
4  Facsimile: (310) 447-9011

E-FILED 01/08/09
JS-6

5  Attorneys for Defendant
   MARKEL INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | SOUTH CORONA CENTER, L.P., a    ) Case No.: CV08-2223 PSG (JWJx)
   | California limited partnership; and )
12 | LENNY DYKSTRA, an individual,    )
                                      )
13 |                                  )
   |              Plaintiffs,         )
14 |                                  ) [~~PROPOSED~~] JUDGMENT
   |      vs.                         )
15 |                                  )
   |                                  )
16 | MARKEL INSURANCE              )
   | COMPANY, a corporation; and      )
17 | DOES 1 to 100, inclusive,        )
                                      )
18 |              Defendant.          )

19     This Court, having on January 5, 2009 granted defendant Markel Insurance

20 Company's Motion for Summary Judgment and having ordered entry of judgment as

21 requested in said motion,

22     IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs South

23 Corona Center, L.P. and Lenny Dykstra shall take nothing, and that defendant

24 Markel Insurance Company shall recover costs of suit in the sum of $_____.

25

26 DATED: __01/07/_____, 2009      __PHILIP S. GUTIERREZ__
                                        Philip S. Gutierrez
27                                      United States District Judge

28

F:\DATA\2200.186\PLEAD\MSJ\PROPOSED JUDGMENT.DOC        1

[PROPOSED] JUDGMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11900 West Olympic Boulevard, Suite 600, Los Angeles, California 90064.

On January 5, 2009, I served the foregoing document described as **"[PROPOSED] JUDGMENT"** on the interested parties in this action by placing a [X] true copy(ies) [ ] the original document thereof enclosed in a sealed envelope addressed as follows:

### [SEE ATTACHED SERVICE LIST]

___ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

_X_ **(BY PERSONAL SERVICE)**
— By personally delivering copies to the person served.
— I delivered such envelope by hand to the office of the addressee pursuant to *Code of Civil Procedure §1011*.
— I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or by local courier service.
— I caused such envelope to be delivered to the office of the addressee, by telecopier or facsimile machine. Proof of such delivery is attached hereto.
_X_ I caused such envelope to be delivered to the office of the addressee, by electronic mail. Proof of such delivery is attached hereto.

STATE
_X_ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 5, 2009, at Los Angeles, California.

__MARIA S. PEREZ__          *[signature]*
Name                         Signature

# Mailing List

<u>SOUTH CORONA CENTER, L.P. et al. v. MARKEL INSURANCE COMPANY</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA
Case No: CV08-0223 PSG (JWJx)

Daniel Noveck
Daniel Lucid
499 N. Canon Drive Ste. 306
Beverly Hills 90210
Telephone: 310.877.7090
Facsimile: 310.877.7091
Attorneys for Plaintiffs
danielnoveck@yahoo.com.

Updated 01/05/00